IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr234

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| HENRY GEOVANI MORAN ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the counsel for the defendant on appeal to be given access to the presentence report in this case. (Doc. No. 49).

Title 18, United States Code, Section 3552(d) allows disclosure of the presentence report to counsel for the defendant. Accordingly, appellate counsel is entitled to the report.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is GRANTED and the U.S. Probation Office is directed to provide Sandra J. Barrett, appellate counsel of record for the defendant, a copy of the report, which remains under seal.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the U.S. Probation Office.

Signed: August 20, 2007

Robert J. Conrad, Jr.
Chief United States District Judge